**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 10, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00877-CV

## IN RE BELL HOT SHOT COMPANY AND MELVIN WAYNE BALL, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-39439**

---

## MEMORANDUM OPINION

On October 7, 2013, relators Bell Hot Shot Company and Melvin Wayne Ball filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his order dated August 29, 2013, and to grant their motion for independent psychological examination.

Relators have not provided this court with a complete and adequate record. *See* Tex. R. App. P. 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Because relators have failed to establish their entitlement to extraordinary relief, we deny their petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.